# FIRST DISTRICT.

Thekla Roessner, plaintiff in error, v. Hamburg-Amerikanische Packetfahrt Aktien Gesellschaft, also known as Hamburg-American Lines, defendant in error. Gen. No. 36,037.

Opinion filed January 7, 1933. Rehearing denied January 21, 1933.

Harry Hamill and Carl Strover, for plaintiff in error; Carl Strover, of counsel. Butz, Von Ammon & Marx, for defendant in error; Frederic E. Von Ammon, of counsel.

Mr. Presiding Justice Kerner delivered the opinion of the court.

A. W. Gentry for use of Central State Bank of Evanston, defendant in error, v. C. Ernest Guyton and Harry A. Cumfer, plaintiffs in error. Gen. No. 36,003.

Opinion filed January 7, 1933.

Heth, Lister & Collins, for plaintiffs in error. Gilbert, Rommel, Burger & Baker and Edward J. Kelley, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

Ruth M. Mondientz, appellee, v. Robert Reid and A. D. Schlauder, appellants. Gen. No. 36,138.

Opinion filed February 6, 1933. Rehearing denied February 20, 1933.

George H. Moloney, for appellants; Richard E. Keogh, of counsel. Socrates & Davis and Louis L. Cohen, for appellee; Nicholas A. Socrates and Louis L. Cohen, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.